**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTGATE MFG, INC., a California corporation; and MIKE VERNICA, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NORCO WHOLESALE ELECTRIC SUPPLY INC., a California corporation; CORONA WHOLESALE ELECTRIC INC., a suspended California corporation; and REYNALDO MEJIA, an individual,<br><br>　　　　　　Defendants. | Case No. 5:21-cv-02059-JWH (SPx)<br><br>**FINAL JUDGMENT**<br><br><br>**Hon. John W. Holcomb** |

118484436.2

Pursuant to the "Order Granting Plaintiffs' Motion for Default Judgment [ECF No. 24]" entered on or about August 3, 2022, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Judgment is entered in **FAVOR** of Plaintiffs Westgate MFG, Inc. and Mike Vernica (jointly, "Plaintiffs") and entered **AGAINST** Defendants Norco Wholesale Electric Supply Inc., Corona Wholesale Electric Inc., and Reynaldo Mejia (collectively, "Defendants"), jointly and severally, in the amount of **$23,821** (consisting of attorneys' fees in the amount of $22,939 and costs in the amount of $882) on the claims asserted by Plaintiffs for the following:

   a. patent infringement in violation of 35 U.S.C. § 271;
   b. trademark infringement in violation of 15 U.S.C. § 1114 and federal common law;
   c. false designation of origin in violation of 15 U.S.C. § 1125(a);
   d. unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*. and California common law; and
   e. false advertising in violation of Cal. Bus. & Prof. Code §§ 17500, *et seq*.

3. Defendants, their partners, agents, servants, employees, attorneys, and those persons in active concert with them are permanently enjoined and shall immediately:

   a. cease all manufacture, use, offers to sell, sales, and import into the United States of the grounding clamp sold under the name "CLAMP GROUNDING 1/2 to 3/4 in SCR" with ASIN number B07RGMBCRM, and any other product that infringes U.S. Patent No. 7,780,461; and

118484436.2

    b. cease all use in commerce of the mark WESTGATE or any other confusingly similar mark in connection with grounding clamps or related goods and services.

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 11, 2022

                      Honorable John W. Holcomb
                      UNITED STATES DISTRICT JUDGE

118484436.2